1 GLENN B. McCORMICK
Acting United States Attorney
2 District of Arizona
CARIN C. DURYEE
3 Assistant U.S. Attorney
United States Courthouse
4 405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
5 Telephone: 520-620-7300
Carin.duryee@usdoj.gov
6 Attorneys for Plaintiff

FILED

2021 MAY 19 PM 4:13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

DUANE LEE JOHNSON,

Defendant.

CR21-01118 TUC-JCH(JR)

**INDICTMENT**

VIO: 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography)
Count 1

18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Knowing Access of Child Pornography)
Counts 2-4

**VICTIM CASE**

**THE GRAND JURY CHARGES:**

## COUNT 1

### POSSESSION OF CHILD PORNOGRAPHY

On or about December 10, 2018, in the District of Arizona, DUANE LEE JOHNSON did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, DUANE LEE JOHNSON knowingly possessed a Toshiba

Disk Drive MK1637GSX, Serial Number: 3700T204T which contained child pornography videos and images, including, but not limited to, the following files:

"((Pthc)) Stasia Orgy With Sisters On Bed (32).jpg";
"((Pthc)) Stasia Orgy With Sisters On Bed (52).jpg";
"pthc_ptsc_9yo jenny in nylons and collar tied up.jpg";
"Falkovideo, Custom #8 ••• Anal 2014 Opva Preteen Loli 11Yo 10Yo Pedo Mom Family.avi";
"Falkovideo, Custom #8 ••• Anal 2014 Opva Preteen Loli 11Yo 10Yo Pedo Mom Family.avi";
"pthc_ptsc_9yo jenny tied up, nylons, collar, sucking cock and moaning email your request at shortgrub09@yahoo.com.AVI";
"Tara - The Movie (02h03M, All Videos) ~ Opva 2014.avi"; and
"Pthc Great- Vicky 2 - Father And Daughter 10Yo Preteen Vicky Huge Cock Anal Moskow Schoolgirl 3 Raygold Russian (41.30Mins) Chunk 1.avi"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 2

### KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time period between May 8, 2014, and continuing through December 10, 2018, in the District of Arizona, DUANE LEE JOHNSON did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, DUANE LEE JOHNSON did use a Dell Dimension 3000 computer, Serial Number: 2V11V51, and the internet to view child pornography images including, but not limited to, the following files:

"s04_080.jpg"
"Carved [67906522].jpeg"
"Carved [34750891].jpeg" and

"Carved [0].jpeg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 3
## KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time period between May 1, 2016, and continuing through December 10, 2018, in the District of Arizona, DUANE LEE JOHNSON did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, DUANE LEE JOHNSON did use a HP Pavilion computer, Serial Number: 3CR1240VPX, and the internet to view child pornography images including, but not limited to, the following files:

"Carved [596645072].jpeg"
"Carved [597764692].jpeg"
"Carved [621182150].jpg" and
"Carved [539941754].jpeg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 4

## KNOWING ACCESS OF CHILD PORNOGRAPHY

Beginning on a date unknown but including the time period between March 11, 2015, and continuing through December 10, 2018, in the District of Arizona, DUANE LEE JOHNSON did knowingly access with intent to view child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, DUANE LEE JOHNSON did use a Dell Dimension XPS computer, Serial Number: 47RMW31, and the internet to view child pornography images including, but not limited to, the following files:

"Carved [27529216].jpeg"
"Carved [11794].jpeg" and
"Carved [18624512].jpeg"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: May 19, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

CARIN C. DURYEE
Assistant U.S. Attorney